IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00067-WYD-KLM

MARINA JOHANNSEN,

    Plaintiff,

v.

SCIENCE CARE, LLC,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the parties' Stipulated Motion to Dismiss and the Court being advised in the premises, it is hereby

ORDERED that the Stipulated Motion to Dismiss, filed September 30, 2008 (docket #14) is **GRANTED**. It is

FURTHER ORDERED that this case is **DISMISSED** each party shall bear its own costs.

    Dated: October 6, 2008

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge